UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUMMER TURNER,

          Plaintiff,

   v.

YAHOO, et al.,

          Defendants.

Case No. C22-0391-JCC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient.  She does not provide complete information as to last employment, does not answer questions regarding a spouse or as to money on hand or in accounts, and indicates no income or sources of money, no property, and no monthly expenses.  Plaintiff must submit a revised, signed IFP application within **twenty (20) days** of the date of this Order.  She must provide complete and detailed financial information and, if she has no means of support, explain how she is able to meet basic expenses, including food and shelter.  Failure to comply may result in denial of IFP and/or dismissal.

Dated this 5th day of April, 2022.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1