UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUMMER TURNER,

          Plaintiff,

   v.

YAHOO, et al.,

          Defendants.

CASE NO. C22-0391-JCC

REPORT AND RECOMMENDATION

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter. Dkt. 1. However, she failed to provide complete information as to her last employment, did not answer questions regarding a spouse or as to money on hand or in accounts, and indicated no income or sources of money, no property, and no monthly expenses. By Order dated April 5, 2022, the Court directed Plaintiff to file an amended IFP application within twenty days of the date of the Order. Dkt. 4. The Court directed Plaintiff to provide, in the amended application, complete and detailed financial information and, if she has no means of support, to explain how she is able to

REPORT AND RECOMMENDATION - 1

meet basic expenses, including food and shelter. The Order noted that failure to comply may result in denial of IFP and/or dismissal of this case.

To date, the Court has not received a response to its Order or a completed IFP application from Plaintiff. Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $402 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 20, 2022**.

Dated this 3rd day of May, 2022.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2