THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER TURNER, | CASE NO. C22-0391-JCC |
| Plaintiff, | ORDER |
| v. | |
| YAHOO, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 5). Having thoroughly considered the R&R and the relevant record, and finding no objections lodged, the Court hereby FINDS and ORDERS that:

1. The R&R (Dkt. No. 5) is ADOPTED;
2. Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED;
3. Plaintiff is directed to pay the $402 filing fee within thirty (30) days of the date on which this order is issued—failure to timely submit the requisite filing fee will result in immediate dismissal of this action;
4. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is DIRECTED to close the file; and
5. The Clerk is further DIRECTED to send a copy of this order to Plaintiff and to Judge

1  Vaughan.

2  DATED this 27th day of May 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE